NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**QUARENO COLANTONIO,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2012-7094

———————————

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-749, Judge Alan G. Lance, Sr.

———————————

**JUDGMENT**

———————————

SEAN A. RAVIN, Attorney at Law, of Washington, DC, argued for claimant-appellant.

ALEX P. HONTOS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and CHRISTA A. SHRIBER, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2013      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk